# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT MUIR WADE, | |
| Plaintiff, | CIVIL ACTION NO. 3:15-cv-00584 |
| v. | (SAPORITO, M.J.) |
| MONROE COUNTY DISTRICT ATTORNEY, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 15th day of June, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the plaintiff's motion for summary judgment (Doc. 32) is **DENIED**.

*s/ Joseph F. Saporito, Jr.*
**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**